**597** OLSON vs. CIRCUIT JUDGE (Wexford), No. 11992.

To compel vacation of order granting costs.

Denied July 21, 1891, with costs.

Relator, as administrator, sued one Cummer, in case for negligence and had a verdict and judgment. Satisfied that the declaration was defective, respondent set aside the judgment and verdict, and gave defendant costs as for a trial and made payment thereof a condition precedent to a new trial. No question had been raised as to the sufficiency of the declaration until the presentation of the requests to charge.

**598** LEONARD vs. CIRCUIT JUDGE (Muskegon), No. 12898.

To vacate order denying a motion for a re-taxation of costs of defendant on continuance.

Denied June 29, 1892, with costs.

**599** DUNCOMBE vs. RICHARDS ET AL., 47 M., 646.

To compel re-taxation of costs.

Granted June 5, 1881.

Held, that the taxation of commissioners' fees in gross was improper, besides they should have been taxed in the court below, and that the charge for the copy of the testimony of a witness should only have been allowed on a proper affidavit.